**RICE, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

April 19, 1940.

O. R. Bright for movant.

Hubert Meredith, Attorney General, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**ADAMS, Movant, v. GROSS et al., opposed.**

Court of Appeals of Kentucky.

March 22, 1940.

B. B. Snyder for movant.

Thomas F. Young, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**STORY, Movant, v. LAWRENCE, Opposed.**

Court of Appeals of Kentucky.

April 26, 1940.

Marvin J. Sternberg for movant.

Lilburn Phelps and L. C. Lawrence, opposed.

PER CURIAM.

Appeal and cross appeal both denied; judgment affirmed.